**Order entered July 13, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01211-CV

### ENNIS HAYWOOD, Appellant

### V.

### JPACK INVESTMENTS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04786-E**

## ORDER

In light of the Court's opinion of this date, we **DENY** appellee's June 29, 2018 motion to dismiss as moot.

/s/     DAVID J. SCHENCK
        JUSTICE